STATE OF NEW JERSEY v. JOHN E. TURNER.

January 29, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. SCHAAR.

January 29, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE ALLEN.

January 29, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE SPINKS.

January 29, 1974.  Petition for certification granted.

STATE OF NEW JERSEY v. CULLIN DARBY.

January 29, 1974.  Petition for certification denied.

BOARD OF EDUCATION OF BOROUGH OF BLOOMINGDALE
v. CHESTNUT BUILDERS, INC.

January 29, 1974.  Petition for certification denied.